**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| ALLAN BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 07-0037-CG-B |
| | ) | |
| R. ROBERTS, | ) | |
| | ) | |
| Defendant. | ) | |

## **JUDGMENT**

In accordance with this court's order adopting the report and recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED**, and **DECREED** that the Plaintiff's claims against the defendant are hereby **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this 26th day of May, 2010.

                                              /s/ Callie V. S. Granade
                                              UNITED STATES DISTRICT JUDGE